# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *Plaintiff*, § § | |
| v. § | CASE NO. 2:20-CR-00010-JRG-RSP-8 |
| Damien Devoe Sessions, § § | |
| *Defendant*. § § | |

## ORDER

Before the Court is the Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (the "Motion") filed by Defendant Damien Devoe Sessions ("Defendant"). (Dkt. No. 286.) In the Motion, Defendant requests the Court to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A) so that he can care for his children and mother. (*Id*. at 5.) Defendant further requests attorney assistance in connection with the Motion. (*Id*. at 6.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED-IN-PART and DENIED-IN-PART**. The Court hereby **ORDERS** that the Federal Public Defender already representing Defendant in connection with his motion filed under 18 U.S.C. § 3582(c)(2) (Dkt. No. 292), Wayne Ray Dickey, shall represent Defendant in refiling a Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release). Due to Defendant now being represented by counsel, the Court finds that the Motion (Dkt. No. 286), which was filed *pro se*, should be and hereby is **DENIED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 12th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE